IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MR. MOISES MERAZ-CAMACHO,

          Petitioner,                        ORDER

    v.                                         09-cv-13-slc

U.S. ATTORNEY GENERAL,
FEDERAL BUREAU OF PRISONS,
MR. MARTINEZ, Warden and
MR. REED, Medical Assistance,

          Respondents.

---

This case was transferred to this venue from the Middle District of Pennsylvania by order of the Hon. Judge Caputo dated January 5, 2009. Petitioner is currently a prisoner at the Allenwood Federal Correctional Institution in White Deer, Pennsylvania. However, because petitioner is challenging in his complaint medical treatment he received while he was housed at the Federal Correctional Institution in Oxford, Wisconsin, venue is proper in this district.

Petitioner asks for leave to proceed *in forma pauperis*. Because petitioner is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint *in forma pauperis*, petitioner will have to make an initial partial payment of the $350 filing fee. From the trust fund account statement petitioner has submitted, I calculate his initial partial payment to be $32.81. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial payment to this court.

ORDER

IT IS ORDERED that petitioner is assessed $.32.81 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court on or before February 4, 2009. If, by February 4, 2009, petitioner fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 15th day of January, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge