IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOSES MERAS-CAMACHO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-13-vis

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____
Peter Oppeneer, Clerk of Court

2/18/10
Date